UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 09-64528-JB |
| CASSONIA GALE MILLER | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| CASSONIA GALE MILLER | : | |
| Plaintiff, | : | |
| v. | : | ADVERSARY PROCEEDING |
| | : | NO. 09-9078 |
| STEWART AUTO FINANCE, INC. | : | |
| Defendant | : | |

FILED
CLERK'S OFFICE
BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
NOV 27 2009 01:23
M. REGINA THOMAS
CLERK

## DISMISSAL OF MOTION FOR ORDER OF CONTEMPT

COMES NOW THE Plaintiff, through the undersigned counsel and dismisses her Motion for Order of Contempt per Rule 41 F.R,Civ.P. as incorporated in Bankruptcy Rule 7041. This dismissal is filed before the Defendant has served either an answer or a motion for summary judgment.

This 27th day of November, 2009.

Respectfully Submitted,

_____
RICHARD M. JONES, JR.
Attorney for Debtor/
Plaintiff
Ga. Bar No.: 403072

Law Office of Richard M. Jones, Jr., P.C.
North Center  Suite 309H
4319 Covington Hwy.
Decatur, GA  30035
(404) 289-6500

```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

IN RE:                        :        CASE NO.: 09-64528-JB
                              :
CASSONIA G. MILLER            :        ADVERSARY NO.: 09-9078
                              :
        Debtor                :        CHAPTER 7

---

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing Dismissal of Motion for Order of Contempt by depositing in the United States mail a true and exact copy thereof with adequate postage thereon to ensure delivery addressed as follows:

```
            Stewart Auto Finance, Inc.
            c/o its registered agent for service
            Scott R. King
            1201 Peachtree Street NE    #1100
            Atlanta, GA 30361.
```

This 27th day of November, 2009.

```
                            _____
                            Richard M. Jones, Jr.
                            Attorney for Debtor/Plaintiff
                            Ga. Bar No.: 403072
```

Law Office of Richard M. Jones, Jr., P.C.
North Center  Suite 309H
4319 Covington Hwy.
Decatur, Georgia  30035
(404) 289-6500